UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>       Plaintiff,<br><br>v.<br><br>RALPHS GROCERY COMPANY and DOES 1-10,<br><br>       Defendants. | Case No.: 20cv2497-JO-KSC<br><br>**FINAL JUDGMENT IN FAVOR OF DEFENDANT RALPHS GROCERY COMPANY ON FEDERAL CAUSE OF ACTION AND REMAND OF REMAINING STATE CLAIMS** |

On July 27, 2022, the Court entered an order granting Defendant Ralphs Grocery Company's motion for summary judgment and declining to exercise subject matter jurisdiction over Plaintiff's remaining state law claims. Accordingly, the Court enters this judgment in favor of Defendant Ralphs Grocery Company on Plaintiff's claims arising under the Americans with Disabilities Act. Fed. R. Civ. P. 58. Finally, the Court orders that Plaintiff's remaining state law claims are remanded to the Superior Court of California, San Diego County. The Clerk is instructed to close the case after effecting the remand.

DATED: 2/12/23

                 Hon. Jinsook Ohta
                 United States District Judge